7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Richard Joseph McClellan and Jan Adele McClellan
    Debtor

*Bankruptcy Case No.*
14−61508−abf7

**J Kevin Checkett**
    Plaintiff(s)

*Adversary Case No.*
15−06014−abf

v.

**Richard Joseph McClellan**
**Jan Adele McClellan**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment is hereby entered in favor of the Plaintiff, J. Kevin Checkett, and against the Defendants, Richard Joseph & Jan Adele McClellan revoking the Debtors' Discharge.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 8/18/15

Court to serve